E-FILED
Wednesday, 18 June, 2025  08:04:23 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| IMMANUEL LUTHERAN CHURCH,    ) | |
|               ) | |
|     Plaintiff,    ) | |
|               ) | |
|     v.    ) | Case No. 25-cv-4119 |
|               ) | |
| CHURCH MUTUAL INSURANCE    ) | |
| COMPANY, SI,    ) | *Removed from the Circuit Court of* |
| (Incorrectly sued as Church Mutual    ) | *Rock Island County, Illinois* |
| Insurance Company)    ) | *Case No. 2025-LA-36* |
|               ) | |
|     Defendant.    ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, CHURCH MUTUAL INSURANCE COMPANY, SI ("Church Mutual") (Incorrectly sued as Church Mutual Insurance Company), hereby removes this action from the Circuit Court of Rock Island County, Illinois to the U.S. District Court for the Central District of Illinois. In support of its Notice of Removal, Defendant, Church Mutual states the following:

### State Court Action & Timely Removal

1.     On May 19, 2025, Plaintiff, Immanuel Lutheran Church ("Plaintiff"), filed Case No. 2025-LA-000036 in the Circuit Court of Rock Island County, Illinois. (A true and accurate copy of Plaintiff's Complaint is attached and incorporated as Ex. 1).

2.     In its Complaint, Plaintiff lodges two causes of action against Church Mutual for breach of contract and violation of Section 155 of the Illinois Insurance Code arising out of Defendant's investigation of Plaintiff's claim for property insurance benefits. (Ex. 1, ¶¶ 17-30)

3.     Specifically, Plaintiff alleges that the commercial property at 3300 24th Street, Rock Island, Illinois 61201 ("the Property"), which was insured by Church Mutual, was damaged by a

hail and wind event that occurred on or about March 30, 2023. (Ex. 1, ¶ 9) Plaintiff further alleges that Church Mutual breached the underlying policy of insurance when it denied Plaintiff's ensuing claim. (Ex. 1, ¶¶ 17-30)

4.      Plaintiff issued summons on May 21, 2025, and Church Mutual was served with summons and a copy of the Complaint on May 28, 2025. (Ex. 1, pgs. 1, 313)

5.      Therefore, "receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" occurred on May 28, 2025, and the removal, which is occurring within 30 days thereof, is timely under 28 U.S.C. § 1446(b)(1).

## Complete Diversity Exists

6.      At all times relevant, Plaintiff, Immanuel Lutheran Church, was and is an Illinois not-for-profit corporation, with a principal place of business of 3300 24th Street, Rock Island, Illinois, and was and is a citizen of the State of Illinois. (Ex. 1, ¶1)

7.      While the Complaint names "Church Mutual Insurance Company" as the defendant, the same is not the actual legal entity that Plaintiff contracted with for insurance coverage.

8.      The proper insuring-entity Defendant, Church Mutual Insurance Company, S.I., is the party that issued the underlying policy of insurance that is the subject of Plaintiff's Complaint and is therefore the correct Defendant. (*See,* Ex. 1, pg. 24) Specifically, an examination of the Common Policy Declarations of the operative policy of insurance attached to Plaintiff's complaint identifies "Church Mutual Insurance Company, S.I." as the legal entity issuing the underlying insurance coverage. Id.

9.      At all times relevant, Defendant, Church Mutual Insurance Company, S.I., was a corporation incorporated under the laws of the State of Wisconsin with its principal place of

business in Merrill, Wisconsin. (See, a true and accurate copy of the Illinois Department of Insurance record for Defendant, attached hereto and incorporated herein as Exhibit 2)

10. Therefore, for jurisdictional purposes, Defendant is a citizen of Wisconsin.

11. The underlying lawsuit is between a Plaintiff-citizen of Illinois and a Defendant-citizen of Wisconsin, and therefore complete diversity exists between the parties pursuant to 28 U.S.C. § 1332(a)(1).

**Amount in Controversy Satisfied**

12. Removal is proper where "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." Barbers, Hairstyling for Men & Women, Inc. v. Bishop, 132 F.3d 1203, 1205 (7th Cir. 1997).

13. Plaintiff's Complaint contains prayers for relief, seeking an award of at least $4,197,687.01 in contractual damages. (Ex. 1, pgs. 3-5)

14. The Complaint also lodges a count under Section 155, which provides a successful plaintiff a statutory remedy including reasonable attorney's fees, other costs and an amount not to exceed any of the following amounts: (a) 60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs; (b) $60,000. 215 ILCS 5/155(1).

15. The amount in controversy requirement includes statutory damages available under 215 ILCS 5/155. Remy v. Travelers Home and Marine Ins. Co., 2013 WL 2573952, *2 (N.D. Ill. 2013), citing Stachewicz v. National Union Fire Insurance Co. of Pittsburgh, PA., 2009 WL 3065065 (S.D. Ill. 2009).

16. The Complaint seeks at least $4,197,687.01 in contractual damages, which, after adding in the $60,000 statutory penalty in Section 155, results in an amount in controversy of at least $4,257,687.01.

17.     Therefore, the amount in controversy exceeds $75,000.00 and satisfies 28 U.S.C. § 1332(a)(1).

### Notice to Plaintiff and State Court

18.     Promptly after filing this Notice of Removal, Defendant will give written notice thereof to Plaintiff and the Clerk of the Circuit Court of Rock Island County, Illinois. (See, Notice to State Court and Plaintiff, attached hereto and incorporated herein as Exhibit 3)

### Jury Demand

19.     Pursuant to Fed.R.Civ.P.38(b)(1), Defendant demands a trial by jury on all issues triable by jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. (Incorrectly sued as Church Mutual Insurance Company), removes this case from the Circuit Court of Rock Island County, Illinois to the U.S. District Court for the Central District of Illinois, for all further proceedings in this matter.

Respectfully Submitted,

**CHURCH MUTUAL INSURANCE COMPANY, SI,**

By:     /s/ James P. DuChateau, Esq.
        One of its Attorneys

James P. DuChateau, Esq. / ARDC 6298091
Brandt T. Miller, ARDC 6336399
HEPLER BROOM, LLC
70 W. Madison St., Ste. 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
Email: brandt.miller@heplerbroom.com
***COUNSEL FOR DEFENDANT***

**<u>CERTIFICATE OF SERVICE</u>**

I, James P. DuChateau, hereby certify that on <u>June 18, 2025,</u> a true and correct copy of ***Defendant's Notice of Removal*** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have heretofore appeared in this matter.

/s/ <u>James P. DuChateau</u>